Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON ROMERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>       vs.<br><br>NETWORK CAPITAL FUNDING CORPORATION; and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No.: 5:22-cv-00828-JGB-SP<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter without prejudice as to the individual and class claims.  Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal

Rules of Civil Procedure. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted this 20th day of May, 2022.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 20th day of May, 2022, with:

United States District Court CM/ECF system

Notification sent via the ECF system to all interested parties on:

This 20th day of May, 2022.

By: s/Todd M. Friedman
    Todd M. Friedman